IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH N. HANNA, *et al.*, | : | NO. 18-977 |
| Defendants. | : | |

## ORDER

AND NOW, this 22d day of March, 2018, upon consideration of plaintiff's motion to proceed *in forma pauperis* and *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Service shall be made upon the John Doe defendants if and when plaintiff provides sufficient identifying information to allow for service.

3. The Clerk of Court shall file the complaint and issue summonses.

4. The United States Marshal for the Eastern District of Pennsylvania shall serve the summonses and the complaint upon the defendants at no cost to the plaintiff. Plaintiff will be required to complete USM-285 forms so that the Marshals can serve the defendants. Failure to complete those forms may result in dismissal of this case for failure to prosecute.

BY THE COURT:

C. DARNELL JONES, II, J.