UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,
    Plaintiff,

                        Case No. 5: 18-cv-00977

    -v-

JOSEPH N. HANNA, et. al.
    Defendants.

### NOTICE AND REQUEST TO THE COURT

Plaintiff asks the court and/or Honorable Judge Jones for permission for ECF access on this case.

Date: April 18, 2018.

                Respectfully submitted,

                /s/ Edward Thomas Kennedy

                Edward Thomas Kennedy, Pro Se
                401 Tillage Road
                Breinigsville, Pennsylvania 18031
                Email: pillar.of.peace.2012@gmail.com
                Email: kennedy2018@alumni.nd.edu
                Telephone: 415-275-1244
                Fax: 570-609-1810

## CERTIFICATE OF SERVICE

I certify that on April 18, 2018, I filed this Notice with the Clerk of the Court in person at the Allention Division location.

/s/ Edward Thomas Kennedy

EDWARD THOMAS KENNEDY
Plaintiff, Pro Se.