**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 18-977** |
| : | |
| **JOSEPH N. HANNA et al.,** : | |
|     **Defendants.** : | |

## ORDER

**AND NOW**, this 8th day of May, 2018, upon consideration of Plaintiff's Notice and Request to the Court (ECF No. 4), it is hereby **ORDERED** that Plaintiff's Request is **GRANTED**.

The Clerk of Court is hereby directed to grant Plaintiff access to ECF until final disposition of the above-captioned case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.