# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,                Plaintiff, | : : : : |
| v. | : CIVIL ACTION : |
| JOSEPH N. HANNA, et al.,                Defendants | : : NO. 18-977 : : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of David J. MacMain, Esquire of The MacMain Law Group, LLC as counsel for Defendants, Upper Macungie Township, Edgardo Colon, Sgt. Stephen Marshall and Robert Ibach in the above-captioned matter.

                                                    **THE MACMAIN LAW GROUP, LLC**

Dated: June 7, 2018         By:    */s/ David J. MacMain*
                                                David J. MacMain
                                                Attorney I.D. No. 59320
                                                101 Lindenwood Drive, Suite 160
                                                Malvern, PA 19355
                                                *Attorney for Defendants, Upper Macungie Township, Edgardo Colon, Sgt. Stephen Marshall and Robert Ibach*

## CERTIFICATE OF SERVICE

I, David J. MacMain, Esquire, hereby certify that on this 7th day of June, 2018, the foregoing *Entry of Appearance* was filed electronically and is available for viewing and downloading from the United States District Court of the Eastern District of Pennsylvania. The following party received notification of this filing via first class mail:

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
*Pro Se Plaintiff*

**THE MACMAIN LAW GROUP, LLC**

Dated: <u>June 7, 2018</u>     By:     */s/ David J. MacMain*
David J. MacMain
Attorney I.D. No. 59320
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Attorney for Defendants, Upper Macungie Township, Edgardo Colon, Sgt. Stephen Marshall and Robert Ibach*