# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EDWARD THOMAS KENNEDY | 18-977 |
| DEFENDANT | TYPE OF PROCESS |
| JOSEPH N. HANNA, et. al. | complaint and summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
COUNTY OF LEHIGH
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
17 SOUTH SEVENTH STREET ALLENTOWN, PA 18101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EDWARD THOMAS KENNEDY
401 TILLAGE RD.
BREINIGSVILLE PA 18031

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 16 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

SERVICE OF PROCESS TO PHILLIPS ARMSTRONG, COUNTY OF LEHIGH EXECUTIVE
17 SOUTH SEVENTH STREET, ALLENTOWN, PA 18101

FILED
JUN 13 2018
[illegible] KMAN, Clerk
[illegible] Dep. Clerk

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 415-275-1244
DATE: 2/5/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: M. Ahlinsky
Date: 4/11/18

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Date: 5/25/18
Time: 1:40 ☒ pm
Signature of U.S. Marshal or Deputy: DUSM CHAL

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: BAD ADDRESS, IT DOES NOT EXIST. ENDAVOR 5/25/2018 @ 13:40

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** EDWARD THOMAS KENNEDY | **COURT CASE NUMBER** 18-977 |
| **DEFENDANT** JOSEPH N. HANNA, et. al. | **TYPE OF PROCESS** complaint and summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PHILLIPS ARMSTRONG, IN HIS INDIVIDUAL CAPACITY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
17 SOUTH SEVENTH STREET ALLENTOWN, PA 18101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EDWARD THOMAS KENNEDY
401 TILLAGE RD.
BREINIGSVILLE PA 18031

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 16 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

SERVICE OF PROCESS TO   PHILLIPS ARMSTRONG, COUNTY OF LEHIGH EXECUTIVE
17 SOUTH SEVENTH STREET, ALLENTOWN , PA 18101

FILED JUN 12 2018

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 415-275-1244
DATE: 2/5/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 66
District to Serve No.: 66
Signature of Authorized USMS Deputy or Clerk: M. Akilinsky
Date: 4/11/18

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (*if not shown above*)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)
Date: 5/25/18   Time: 1:40 ☐am ☒pm
Signature of U.S. Marshal or Deputy: DUSM CA AR

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: BAD ADDRESS, IT DOES NOT EXIST. ENDAVOR 5/25/2018 @ 13:40

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00