IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
           Plaintiff,

                                   CIVIL ACTION
                                   NO. 18-977

v.

JOSEPH N. HANNA, et al.,
           Defendants,

NOTICE AND OBJECTIONS 2

      1.      Edward Thomas Kennedy, (hereinafter "Kennedy") is one of the people of Pennsylvania, and in this court of record complains of each of the following: David J. MacMain, Attorney ID 59320 and Tiffany N. Martin, Attorney ID 323370.

A. Introduction

      1.      Plaintiff is one of the people of Pennsylvania, and in this court of record, to wit: defendant are Joseph N. Hanna, et al.

      2.      Plaintiff sued defendants for injuries and damages.

      3.      Martin and MacMain filed paperwork into this court of record[1] and failed to affirm or swear to tell the truth under penalty of perjury, which included a proposed order.

      4.      Martin and MacMain have no authority to file a proposed Order in this court of record.

---

[1] Entry of Appearance on June 7, 2018 and a Motion to Dismiss, which included a fake Order.

LAW OF THE CASE

5. Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. [2] In a court of record, a judge has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

6. Plaintiff files this Notice and Objection and wishes the court to find that both MacMain and Martin obstructed Plaintiff's right to justice, and find in Plaintiff favor all requests for relief under Summary Judgement.

7. Plaintiff wishes this court consider contempt of court charges of one dollar each against the self- identified numbered attorneys Martin and MacMain.

Date: June 13, 2018, County of Lehigh, Pennsylvania.

*Edward Thomas Kennedy*

_____SEAL

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@protonmail.ch
Fax: 570-609-1810.

---

[2] See the use of dictionaries by the Supreme Court of the United States, by Kevin Werbach, titled Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

CERTIFICATE OF SERVICE

I certify that on June 13, 2018 that I filed a copy of the above Notice and Objections 2 with the Clerk of the Court of this court via ECF access, and David J. MacMain, Attorney ID 59320 and Tiffany N. Martin, Attorney ID 323370 via ECF access.

Dated this 13th day of June, 2018

*Edward Thomas Kennedy*

_____
Edward Thomas Kennedy, Plaintiff