IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,

        Plaintiff,

        -v-

JOSEPH N. HANNA, et. al.,

        Defendants.

Civil Action

Case NO. 18-977 (CDJ)

## MOTION FOR SUMMARY JUDGEMENT

1. Plaintiff moves for an order granting a full Summary Judgement against all Defendants.

2. Summary judgment is proper in this case because there is no genuine issue of material fact.

3. MacMain, Pennsylvania Attorney ID: 59320, knowingly violated FRCP 5.2. (a)(2) Privacy Protection For Filings Made with the Court,[1] which violated Plaintiff's privacy and rules of this court.

4. Plaintiff objected to this fact.

5. MacMain, on page 33 of hjs 35 page filing into this court, MacMain failed to redact Plaintiff's birth date, and failed to correct his rule violation of this court.

---

[1] MacMain checked the box under oath to obey FRCP 5.2, and he did not obey.

Motion for Summary Judgement

-1-

-2-

7. MacMain took an oath to tell the truth and not to lie, misconstrue, misstate, deceive or put false paperwork into this court, and follow the rules of this court.

8. MacMain did not follow the rules of this court, and violated Plaintiff's privacy in his potty paperwork.

9. MacMain has no authority to file a proposed Order into this Court.

10. MacMain did not swear or affirm to tell the truth under penalty of perjury in his 35 page document into this court.

11. Previously Plaintiff served a Notice and Demand on Defendants for twenty five dollars ($25,000,000,00) and this Notice and Demand was ignored by Defendants.

12. Individual Defendants are criminals who hide behind badges in criminal enterprises, and Defendants County of Lehigh and Upper Macungie Township are these criminal enterprises.

13. This Motion is based on the previous Notice and Demand to all defendants, pleadings and papers on file in this case, the summary-judgement evidence, previously filed Exhibit 1 titled Law of the Case, in Exhibit 2, and in the included attachment of Memorandum in Support of Motion for Summary Judgement.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court grant the order for Plaintiff's Motion for Summary and compensate Plaintiff Kennedy for

injury and damages of twenty five million dollars ($25,000.000.00) against all defendants proportioned equally without delay, and to schedule a hearing to access and calculate punitive damages against all Defendants and MacMain, and obstruction of Justice against Attorney MacMain and nine Attorneys at the MacMain Law Group, LLC, Malvern, PA 19355 [2] for their conspiracy in support of the criminal defendant hiding behind badges, and their criminal enterprise.

Date: June 16, 2018

Respectfully submitted,

*Edward Thomas Kennedy*   SEAL

_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
email: Kennedy12@pm.me.
Telephone: 415-275-1244.
Fax: 570-609-1810.

---

[2] https://macmainlaw.com/contact/

Motion for Summary Judgement
-3-

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 16th day of June, 2018, Motion for Summary Judgement and Memorandum in Support of Motion for Summary Judgement was filed electronically and is available for Defendants to download and view and read from the United States District Court for the Eastern District of Pennsylvania. The following parties were served via the ECF, USPS First Class (regular) mail and Fax as indicated as follows:

Joseph N. Hanna
455 West Hamilton Street, Room 253
Allentown, PA. 18101-1614
By Fax: 610-820-3368.

Phillips Armstrong
17 South 7th St.
Allentown, PA 18101
Email: phillipsarmstrong@lehighcounty.org
By email and US regular mail

County of Lehigh
17 South 7th St.
Allentown, PA 18101
Email: phillipsarmstrong@lehighcounty.org
By email and US regular mail

Upper Macungie Township
8330 Schantz Road
Breinigsville, Pa 18103
By fax to # 610-395-9355. (only)

Robert Ibach
8330 Schantz Road
Breinigsville, Pa 18103

-5-

By fax to # 610-395-9355. (only)

Edgardo Colon
37 Grim Rd
Breinigsville, PA 18031
By fax to # 610-395-9355. (only)

Stephen J.Marshall
37 Grim Rd
Breinigsville, PA 18031
By fax to # 610-395-9355. (only)

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
Email: dmacmain@macmainlaw.com
By ECF and email

Date: June 16, 2018

                                        Respectfully submitted,

*Edward Thomas Kennedy*   SEAL
_____
EDWARD THOMAS KENNEDY
Plaintiff.