IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,

        Plaintiff,

                                                      Case No. 5: 18-cv-977 (CDJ)

        -v-

JOSEPH N. HANNA, et. al.,

        Defendants.

ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgement and to compensate Plaintiff for injury and damages of $25,000.000.00 against all defendants proportioned equally, and to schedule a hearing to access and calculate punitive damages against all Defendants and MacMain and his Law firm, and obstruction of Justice against Attorney MacMain and all the Attorneys at the MacMain Law Group, LLC for their conspiracy and outrageous behaviors, any opposition and reply thereto, it is

GRANTED._____
DENIED. _____
DATE:_____

        The Hearing is scheduled for _____.

                                                                     _____
                                                                       UNITED STATES
                                                                       DISTRICT JUDGE