-1-

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,
    Plaintiff,

                                              Case No. 18-cv-00977-CDJ

    -v-

JOSEPH N. HANNA, et. al.
    Defendants.

### OBJECTION 2

1.    Edward Thomas Kennedy, (hereinafter "Plaintiff") is one of the people of Pennsylvania, and in this court of record objects that BAR Attorney MacMain, counsel for Defendants, failed to file under penalty of perjury and now wishes MacMain to refile all his paperwork.

Date: July 2, 2018, County of Lehigh, Pennsylvania.

                                                /s/ *Edward Thomas Kennedy*   ---***seal***
                                                _____
                                                Edward Thomas Kennedy
                                                401 Tillage Road
                                                Breinigsville, Pennsylvania
                                                Email; kennedy12@protonmail.ch

## CERTIFICATE OF SERVICE

I certify that on July 2, 2018 that I filed a copy of the above Objection 2, and Certificate of

Service to the United States District Court for the Middle District of Pennsylvania,

Allentown Division, Clerk of Court office at 504 Hamilton St # 1601, Allentown, PA 18101 via

ECF and email to:

>David J MacMain
>The MacMain Law Group LLC
>101 Lindenwood Drive Suite 160
>Malvern, PA 19355
>email to dmacmain@macmainlaw.com

/s/ Edward Thomas Kennedy   ---*seal*

_____
EDWARD THOMAS KENNEDY