UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,
    Plaintiff,

                                     Case No. 18-cv-00977

    -v-

JOSEPH N. HANNA, et. al.
    Defendants.

## TAKE JUDICIAL COGNIZANCE

Edward Thomas Kennedy is one of the people of Pennsylvania, and in this court of record wishes a new judge to administrate his complaint, competent as a Supreme Court of the United States Justice, a common law judge, in the Law of the Case, Exhibit 1, included herein attached, and knows how to know, interpret, and defend the Constitution and the laws that must always conform to its mandates and promises.

July 4, 2018, Lehigh County, Pennsylvania.

                                          */s/ Edward Thomas Kennedy   - SEAL*

                                          _____

                                          Edward Thomas Kennedy
                                          401 Tillage Road
                                          Breinigsville, Pennsylvania 18031
                                          Email: pillar.of.peace.2012@gmail.com

-2-

## CERTIFICATE OF SERVICE

I certify that on July 4, 2018, 2018, a filed copy of

CERTIFICATE OF SERVICE and TAKE JUDICIAL COGNIZANCE

to the United States District Court for the Middle District of Pennsylvania, Allentown Division

Clerk of Court office at 504 Hamilton St # 1601, Allentown, PA 18101, via ECF

and email to:

>David J MacMain
>The MacMain Law Group LLC
>101 Lindenwood Drive Suite 160
>Malvern, PA 19355
>email to dmacmain@macmainlaw.com

/s/ Edward Thomas Kennedy   ---*seal*

_____
EDWARD THOMAS KENNEDY