## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 18-977** |
| : | |
| **JOSEPH N. HANNA et al.,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 5th day of July, 2018, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 16), and Defendants' Response in Opposition thereto (ECF No. 20), it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 16) is **DENIED** as improperly filed.[1]

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.

---

[1] Plaintiff's Motion is both premature – as Defendants' Motion to Dismiss the Complaint (ECF No. 11) remains outstanding – and noncompliant with the rules governing motion filings in this Court. A full recitation of this Court's policies and procedures can be accessed at http://www.paed.uscourts.gov/documents/procedures/jonpol.pdf.