IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                                          No. 5: 18-cv-00977-CDJ

    v.

JOSEPH N.HANNA, et al.,

    Defendants.

## OBJECTION TO ORDER

    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the document titled "Order" dated July 5, 2018, signed by C. Darnell Jones, the assigned Judge to this case on behalf of the Court, and wishes the assigned Judge to TAKE JUDICIAL COGNIZANCE.

    Kennedy reveres the American rule of law, the common law. In a court of record, a judge has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.

Date: July 10, 2018, County of Lehigh, Pennsylvania.

                                                */s/ Edward Thomas Kennedy*   --SEAL---
                                                _____
                                                Edward Thomas Kennedy
                                                401 Tillage Road
                                                Breinigsville, Pennsylvania
                                                Email: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on July 10, 2018 that I filed a copy of the above

OBJECTION TO ORDER

with the Clerk of Court at the US District Court via ECF by email to the following via

ECF and email to:

David J MacMain
The MacMain Law Group LLC
101 Lindenwood Drive Suite 160
Malvern, PA 19355
email to dmacmain@macmainlaw.com


Dated this 10th day of July, 2018

/s/ *Edward Thomas Kennedy*        ---SEAL---
_____
Edward Thomas Kennedy