IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division


EDWARD THOMAS KENNEDY,

        Plaintiff,

        v.

JOSEPH N. HANNA, et. al.,

        Defendants.

Civil Action

NO. 18-977 (CDJ)


MOTION FOR PARTIAL SUMMARY JUDGEMENT

    1.    Plaintiff moves for an order granting a Partial Summary Judgement against Defendants Upper Macungie Township, Ibach, Marshall and Colon.

    2    Partial Summary Judgment is proper in this case because a. there is no genuine issue of material facts concerning injury and damages to Kennedy, b. Kennedy is one of the people of Pennsylvania, c. this is a court of record, and d. the Law of the Case, and e. Judges administrate and interpret, do Not Make Law, Interpret Statutes and the US Constitution as Written.

    3.    This Motion for Motion for Partial Summary Judgement is based on the previous Notice and Demand to all defendants, pleadings and papers on file in this case, the partial summary-judgement evidence, previously filed in Exhibit 1 titled Law of the Case, in Exhibit 2, and in the included attachment of Memorandum in Support of Motion for Partial Summary

-2-

Judgement.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record sign the order for Plaintiff's Partial Motion for Summary and compensate Plaintiff Kennedy for injury and damages of fifty percent of twenty five million dollars ($25,000.000.00) against said defendants proportioned equally without delay.

Date: July 10, 2018

                                                          Respectfully submitted,

*/s/ Edward Thomas Kennedy*      **seal**

_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 10th day of July, 2018, Motion for Partial Summary Judgement, Certificate of Service and Memorandum in Support of Motion for Partial Summary Judgement was filed electronically, and the following parties were served via the ECF and email as indicated as follows:

Joseph N. Hanna
455 West Hamilton Street, Room 253
Allentown, PA. 18101-1614
Email: phillipsarmstrong@lehighcounty.org

Phillips Armstrong
17 South 7th St.
Allentown, PA 18101
Email: phillipsarmstrong@lehighcounty.org

County of Lehigh
17 South 7th St.
Allentown, PA 18101
Email: phillipsarmstrong@lehighcounty.org

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
Email: dmacmain@macmainlaw.com
By ECF and email

 Date: July 10, 2018

                                            Respectfully submitted,

                                            */s/ Edward Thomas Kennedy*     **seal**

                                            _____
                                            EDWARD THOMAS KENNEDY