IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,

                                                                                                            Civil Action

        Plaintiff,

                                                                                                             NO. 18-977 (CDJ)

        v.

JOSEPH N. HANNA, et. al.,

        Defendants.


MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS


        1.        Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to grant his Motion to Compel Service of Process for and to the following Defendants:

a. JOSEPH N. HANNA, Sheriff
Courthouse- Room 253
455 West Hamilton Street
Allentown, PA. 18101-1614
Phone: 610-782-3175
Fax: 610-820-3368
Link at: https://www.lehighcounty.org/Departments/Sheriffs-Office

b. PHILLIPS A. ARMSTRONG, County Executive for Defendant COUNTY OF LEHIGH
Government Center
17 South 7th St.
Allentown, PA 18101

c.PHILLIPS A. ARMSTRONG, in his official and individual capacities,
Government Center

17 South 7th St.
Allentown, PA 1810
County of Lehigh Government Center
17 S. 7th St.
Allentown, PA 18101
Lehigh County Government Center phone: 610-782-3000 and fax 610-820-2050
Email:PHILLIPSARMSTRONG@lehighcounty.org
Link at: https://www.lehighcounty.org/Departments/County-Executive


2. This Court Ordered US Marshal Service to perform service of process in this complaint, and Kennedy provided these completed forms (5 copies) to David B. Wells at the following address:

David B. Wells, U.S. Marshal
U.S. Marshals Service
601 Market Street, Room 2110
Philadelphia, PA 191060

and also to:

David J. Anderson
Acting Deputy Director United States Marshals Service
1215 South Clark Street
Arlington, VA 22202

3. LAW OF THE CASE. This is the decreed law of the case, Exhibit "1" is incorporated by reference as though fully stated herein, and attached.

Date: July 10, 2018, County of Lehigh, Pennsylvania.

/s/ *Edward Thomas Kennedy*   ---seal---
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on July 10, 2018 that I filed a copy of MOTION TO COMPEL SERVICE OF PROCESS and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS to the United States District Court for the Middle District of Pennsylvania, Allentown Division, Clerk of Court office at 504 Hamilton St # 1601, Allentown, PA 18101 via ECF and email to:

    David J MacMain
    The MacMain Law Group LLC
    101 Lindenwood Drive Suite 160
    Malvern, PA 19355
    email to dmacmain@macmainlaw.com

/s/ Edward Thomas Kennedy   ---*seal*

_____
EDWARD THOMAS KENNEDY