**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY,** | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **NO. 18-977** |
| | : | |
| **JOSEPH N. HANNA et al.,** | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 11th day of July, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 24), and any responses and replies thereto, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 24) is **DENIED** for the reasons set forth in this Court's Order dated July 5, 2018 (ECF No. 22).

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.