IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

                                          No. 5: 18-cv-00977-CDJ

      v.

JOSEPH N.HANNA, et al.,

      Defendants.

## OBJECTION TO ORDER

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the document titled "Order" that THAT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS DENIED; dated, entered and email July 11, 2018, signed by C. Darnell Jones, the assigned magistrate.

## TAKE JUDICIAL COGNIZANCE

In a court of record,  a the magistrate has no discretion. Discretion is  reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. Second, Take judicial cognizance  for a. Trespass on the case, b. Trespass and c. Trespass on the Case -Vicarious Liability.

Date: July 11, 2018, County of Lehigh, Pennsylvania.

                                          /s/ *Edward Thomas Kennedy*   (SEAL)
                                          Edward Thomas Kennedy
                                          401 Tillage Road
                                          Breinigsville, Pennsylvania
                                          kennedy2018@alumni.nd.edu

-2-

CERTIFICATE OF SERVICE

I certify that on July 11, 2018 that I filed a copy of the above

OBJECTION TO ORDER

with the Clerk of Court at the US District Court via ECF by email to the following via

ECF and email to:

David J MacMain
The MacMain Law Group LLC
101 Lindenwood Drive Suite 160
Malvern, PA 19355
email to dmacmain@macmainlaw.com

/s/ *Edward Thomas Kennedy*   ---SEAL---
_____
Edward Thomas Kennedy