IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

       Plaintiff,

                                                                        No. 5: 18-cv-00977-CDJ

       v.

JOSEPH N.HANNA, et al.,

       Defendants.

OBJECTION TO
THE UNIVERSAL CHARTER OF THE JUDGE

    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the THE UNIVERSAL CHARTER OF THE JUDGE

TAKE JUDICIAL COGNIZANCE

    In this court of record, Kennedy requests the magistrate assigned to this case resign.

Date: July 11, 2018, County of Lehigh, Pennsylvania.

                                                                   /s/ *Edward Thomas Kennedy* (SEAL)
                                                                     Edward Thomas Kennedy
                                                                     401 Tillage Road
                                                                     Breinigsville, Pennsylvania
                                                                     kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on July 11, 2018 that I filed a copy of the above

OBJECTION TO
THE UNIVERSAL CHARTER OF THE JUDGE

with the Clerk of Court at the US District Court via ECF by email to the following via

ECF and email to:

David J MacMain
The MacMain Law Group LLC
101 Lindenwood Drive Suite 160
Malvern, PA 19355
email to dmacmain@macmainlaw.com

/s/ *Edward Thomas Kennedy*   ---SEAL---
_____
Edward Thomas Kennedy