**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EDWARD THOMAS KENNEDY | 18-977 |
| DEFENDANT | TYPE OF PROCESS |
| JOSEPH N. HANNA, et. al. | complaint and summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOSEPH N. HANNA, IN HIS INDIVIDUAL CAPACITY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
455 WEST HAMILITON STREET, ROOM 253, ALLENTOWN, PA 18101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EDWARD THOMAS KENNEDY
401 TILLAGE RD.
BREINIGSVILLE PA 18031

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 16 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

GMC. 2/5/2018
IN HIS ~~OFFICIAL~~ CAPACITY
INDIVIDUUM

FILED
JUL 19 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Signature of Attorney other Originator requesting service on behalf of
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: 415-275-1244
DATE: 2/5/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | M. Helinsky | 4/11/18 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
DANIEL BUGLI, DEPUTY CORNER

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 6/27/18
Time: 3:10 pm

Signature of U.S. Marshal or Deputy
DUSM CH 4029

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: ENDEAVOR 1. MUST GO TO CORNERS OFFICE TO SERVE SHERIFF 5/29/18 0345 PM

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00