# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| JOSEPH N. HANNA, ET AL., | : | |
| | : | NO. 18-977 |
| Defendants. | : | |

## PRAECIPE FOR APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter my appearance for County of Lehigh, Joseph N. Hanna, Lehigh County Sheriff, John Doe 1 and John Doe 2, Lehigh County Sheriff Deputies and Phillips Armstrong, Lehigh County Executive, Defendants in the above-captioned case.

/s/ *David M. Backenstoe*
David M. Backenstoe, Esquire
ID No. 49473
17 South 7th Street
Allentown, PA  18101
(610) 838-2255