IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD THOMAS KENNEDY,

        Plaintiff,

        v.

JOSEPH N. HANNA, et. al.,

        Defendants.

Civil Action

NO. 18-977 (CDJ)

## MOTION FOR PARTIAL SUMMARY JUDGEMENT

1.    Plaintiff moves for an order granting a Partial Summary Judgement against Defendant Joseph N. Hanna.

2    Partial Summary Judgment is proper in this case because a. there is no genuine issue of material facts concerning injury and damages to Kennedy, b. Kennedy is one of the people of Pennsylvania, c. this is a court of record, and d. the Law of the Case e. Judges administrate and interpret, do Not Make Law f. the official public record (Exhibit 2, 2 pages) shows there is no Elected Official Commission and Bond for Defendant Joseph N.Hanna in his official capacity and g. Joe Hanna is a nickname under US law at CFR 37.3. [1]

3.    This Motion for Motion for Partial Summary Judgement is based on the previous

---

[1] Full legal name means an individual's first name, middle name(s), and last name or surname, without use of initials or nicknames.

Notice and Demand to all defendants, pleadings and papers on file in this case, the partial summary-judgement evidence, previously filed in Exhibit 1 titled Law of the Case and in Exhibit 2, and in the included attachment of Memorandum in Support of Motion for Partial Summary Judgement.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record sign the order for Plaintiff's Partial Motion for Summary and compensate Plaintiff Kennedy for injury and damages of fifty percent of twenty five million dollars ($25,000.000.00) against said defendant Joseph N. Hanna and his employer County of Lehigh proportioned equally without delay.

Date: July 23, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy*     **seal**

_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

Motion for Partial Summary Judgement
-2-

## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 23rd day of July, 2018, Motion for Partial Summary Judgement, Certificate of Service, Memorandum in Support of Motion for Partial Summary Judgement, Exhibit 1 and Exhibit 2 was filed electronically with the Clerk of this Court and the following parties were served via the ECF and email as follows:

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
Email: dmacmain@macmainlaw.com
By ECF and email

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101
Email: dmbesq@ptd.com
By ECF and email

Date: July 23, 2018

                                          Respectfully submitted,

                                          */s/ Edward Thomas Kennedy*     **seal**
                                          _____
                                          EDWARD THOMAS KENNEDY