IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,

                                Civil Action

      Plaintiff,

                                NO. 18-977 (CDJ)

v.

JOSEPH N. HANNA, et. al.,

      Defendants.


ORDER

        AND NOW, this _____day of _____, 2018, upon consideration of Plaintiff's

Motion for Partial Summary Judgement, Certificate of Service,  Memorandum in Support of

Motion for Partial Summary Judgement, Exhibit 1 and Exhibit 2, Plaintiff's MOTION FOR

PARTIAL SUMMARY JUDGEMENT is

Granted _____.

Not Granted _____.


                                              _____