**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,** : | |
|     Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 18-977** |
| : | |
| **JOSEPH N. HANNA et al.,** : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 25th day of July, 2018 upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 36), and any responses and replies thereto, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 36) is **DENIED** for the reasons set forth in this Court's Orders dated July 5, 2018 (ECF No. 22) and July 11, 2018 (ECF No. 26).

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.