IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

                                                    No. 5: 18-cv-00977-CDJ

      v.

JOSEPH N.HANNA, et al.,

      Defendants.

OBJECTION TO ORDER

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the document titled "Order" that THAT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS DENIED; dated July 25, 2018, signed by C. Darnell Jones, the assigned magistrate.

TAKE JUDICIAL COGNIZANCE

In a court of record,  a the magistrate has no discretion. Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law. Second, Take judicial cognizance  for a. Trespass on the case, b. Trespass and c. Trespass on the Case -Vicarious Liability.

Date: July 26, 2018, County of Lehigh, Pennsylvania.

                                                  /s/ *Edward Thomas Kennedy*   (SEAL)
                                                  Edward Thomas Kennedy
                                                  401 Tillage Road
                                                  Breinigsville, Pennsylvania
                                                  kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on July 26, 2018 that I filed a copy of the above

OBJECTION TO ORDER

with the Clerk of Court at the US District Court via ECF by email to the following via

ECF and email to:

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
Email: dmacmain@macmainlaw.com
By ECF and email

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101
Email: dmbesq@ptd.com
By ECF and email

/s/ *Edward Thomas Kennedy*   ---SEAL---
_____
Edward Thomas Kennedy