FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on __July 27 2018__ by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

__Edward Thomas Kennedy El The Ki__   __[signature]__ (SEAL)
Name of Counsel                        Signature of Counsel
Plaintiff                              Plaintiff

| | |
|---|---|
| Law Firm | Not Applicable |
| Address | 401 Tillage Rd. |
| City, State, Zip | Breinigsville PA 18031 |
| Telephone Number | 415 275 1244 |
| Fax Number | 570 609 1810 |
| E-Mail Address | Kennedy2018@alumni.nd.edu |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields