# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 18-2203 - Kennedy v. Hanna

**Date of docketing:** July 31, 2018

**Appeal from:** United States District Court for the Eastern District of Pennsylvania case no 5 18-cv-00977-CDJ

**Appellant(s):** Edward Thomas Kennedy

**FILED**

**Critical dates include:**

JUL 3 1 2018

KATE BARKMAN, Clerk
By [signature] Dep. Clerk

- Date of docketing  See Fed Cir R. 12
- Entry of appearance  (*Due within 14 days of the date of docketing.*) See Fed Cir R 47 3.
- Certificate of interest  (*Due within 14 days of the date of docketing*) See Fed Cir R 47 4
- Docketing Statement  (*Due within 14 days of the date of docketing or within 30 days if the United States or its officer or agency is a party in the appeal*) [Only in cases where all parties are represented by counsel See Fed. Cir R. 33.1 and the mediation guidelines available at www cafc.uscourts.gov ]
- Requests for extensions of time. See Fed Cir R 26 and 27. **N.B. Delayed requests are not favored by the court**
- Briefs. See Fed Cir R 31  **N.B. You will not receive a separate briefing schedule from the Clerk's Office** However, in a case involving an appellant, a cross-appellant, and an appellee, a special briefing schedule is used  The appellant's opening brief is due within 60 days of the date of docketing  The cross-appellant's opening brief is due within 40 days of filing of the appellant's opening brief. The appellee's brief is due within 40 days of filing of the cross-appellant's brief  The appellant's response/reply brief is due within 40 days of filing of the appellee's brief  The cross-appellant's reply brief is due within 14 days of filing of the appellant's response/reply brief  The joint appendix is due within 10 days of filing of the cross-appellant's reply brief
- Settlement discussions  See Fed Cir R 33
- **ORAL ARGUMENT SCHEDULE CONFLICTS:** Counsel should advise the clerk in writing within 30 days once briefing is completed of potential scheduling conflicts or as soon as they are known and should not wait until an actual conflict arises  Once scheduled, a case will not be postponed except on motion showing **compelling reasons**. See Practice Note following Fed. Cir R 34

Unrepresented parties should refer to the Guide for Pro Se Petitioners and Appellants at http //www cafc uscourts gov/pro-se/

**Attachments** (to unrepresented parties only)

- Caption sheet
- General Information and Overview of a Case in the Federal Circuit
- Required forms
    - Entry of Appearance
    - Informal Brief
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to petitioners owing the docketing fee)

The official caption is reflected on the electronic docket under the listing of the parties and counsel  The Rules of Practice and required forms are available at www.cafc uscourts gov

Peter R. Marksteiner
Clerk of Court

cc: United States District Court for the Eastern District of Pennsylvania
David M Backenstoe
Edward Thomas Kennedy