### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| JOSEPH N. HANNA, et al., | : |
| | : NO. 18-977 |
| Defendants | : |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Tiffany N. Martin, Esquire of The MacMain Law Group, LLC as counsel for Defendants, Upper Macungie Township, Edgardo Colon, Sgt. Stephen Marshall and Robert Ibach in the above-captioned matter.

**THE MACMAIN LAW GROUP, LLC**

Dated: August 2, 2018    By:    */s/ Tiffany N. Martin*
Tiffany N. Martin
Attorney I.D. No. 323370
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
*Attorney for Defendants, Upper Macungie Township, Edgardo Colon, Sgt. Stephen Marshall and Robert Ibach*

## **CERTIFICATE OF SERVICE**

I, Tiffany N. Martin, Esquire, hereby certify that on this 2nd day of August, 2018, the foregoing *Withdraw of Appearance* was filed electronically and is available for viewing and downloading from the United States District Court of the Eastern District of Pennsylvania. The following party received notification of this filing via first class mail:

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
*Pro Se Plaintiff*

**THE MACMAIN LAW GROUP, LLC**

Dated: August 2, 2018         By:    */s/ Tiffany N. Martin*
                                     Tiffany N. Martin
                                     Attorney I.D. No. 323370
                                     101 Lindenwood Drive, Suite 160
                                     Malvern, PA 19355
                                     *Attorney for Defendants, Upper Macungie Township, Edgardo Colon, Sgt. Stephen Marshall and Robert Ibach*