IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
          Plaintiff,

                                              Case No. 5: 18-cv-977 (CDJ)

    v.

JOSEPH N. HANNA, et. al.,
          Defendants.

MOTION FOR PARTIAL SUMMARY JUDGEMENT 2

1.       Plaintiff is Edward Thomas Kennedy, hereinafter "Plaintiff" and/or "Kennedy," one of the people of Pennsylvania, and in this court of record moves for an order granting a Partial Summary Judgement against Defendants County of Lehigh, Joseph N. Hanna, John Doe 1 and John Doe 2 and Phillips Armstrong. Said Defendants are represented by modern Attorney David M. Backenstoe, Pennsylvania Attorney ID Number 49473.

2.       Partial Summary Judgment is proper in this case because of the following:

a. there is no genuine issue of material fact concerning injury to Kennedy by the said Defendants

b. Kennedy is one of the people of Pennsylvania,

c. this is a court of record,

d. the Law of the Case including Federal Rules of Civil Procedure (FRCP),

e. Backenstoe violated FRCP 5.2 in ECF document 33, page 36, listing Kennedy's birthdate,

f. Backenstoe filed his paperwork by ECF and clicked the box that he complied with FRCP 5.2,

-2-

g. Backenstoe took an oath to tell the truth and comply with the rules of this court.

h. Kennedy is entitled to privacy by law, by tradition, and by the rules of this court, and Backenstoe lied under oath and violated Kennedy's rights.

3.    This Motion for Motion for Partial Summary Judgement is based on the previous Notice and Demand to all defendants, pleadings and papers on file in this case, the partial summary-judgement evidence, previously filed in Exhibit 1 titled Law of the Case, in Exhibit 2, and in the included attachment of Memorandum in Support of Motion for Partial Summary Judgement.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Partial Motion for Summary and Order the Defendants to compensate Plaintiff Kennedy for injury and damages of fifty percent of twenty five million dollars ($25,000.000.00) against said defendants proportioned equally without delay, and for the clerk of this court to file such Order and Judgement according to to the rules of this court.

Date: August 8, 2018

          Respectfully submitted,

          */s/ Edward Thomas Kennedy*     **seal**
          _____
          Edward Thomas Kennedy
          401 Tillage Road
          Breinigsville, Pennsylvania 18031
          Email: kennedy2018@alumni.nd.edu
          Telephone: 415-275-1244

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 8th day of August, 2018, Motion for Partial Summary Judgement, Certificate of Service and Memorandum in Support of Motion for Partial Summary Judgement was filed electronically, and the following modern Attorney parties were served via the ECF and email as indicated as follows:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101
Email: dmbesq@ptd.com
By ECF and email


David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
Email: dmacmain@macmainlaw.com
By ECF and email


Date: August 8, 2018

                                                Respectfully submitted,

                                                */s/ Edward Thomas Kennedy*        **seal**

                                                _____
                                                EDWARD THOMAS KENNEDY