IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,

        Plaintiff,

                          Case No. 5: 18-cv-977 (CDJ)

  v.


JOSEPH N. HANNA, et. al.,

        Defendants.


MOTION FOR PARTIAL SUMMARY JUDGEMENT 3


1.      Plaintiff is Edward Thomas Kennedy, hereinafter "Plaintiff" and/or "Kennedy," one of the people of Pennsylvania, and in this court of record moves for an order granting a Partial Summary Judgement against Defendants Upper Macungie Township, Edgardo A. Colon, Steven J. Marshall and Robert Ibach.

2.      Said  Defendants are represented by modern Attorney David J. MacMain, Pennsylvania Attorney ID Number 59320.

3.      Partial Summary Judgment is proper in this case because of the following:

a. there is no genuine issue of material fact concerning injury to Kennedy by the said Defendants

b. Kennedy is one of the people of Pennsylvania,

c. this is a court of record,

d. the Law of the Case including Federal Rules of Civil Procedure (FRCP) 5.2

e. MacMartin violated FRCP 5.2 in ECF document 11, page 33, listing Kennedy's birthdate,

f. MacMartin filed his paperwork by ECF and clicked the box that he complied with FRCP 5.2,

      g. MacMartin took an oath to tell the truth and comply with the rules of this court.

      h. Kennedy is entitled to privacy by right, by law, by tradition, and by the rules of this court, and MacMartin lied under oath and violated Kennedy's rights.

      4.    This Motion for Motion for Partial Summary Judgement is based on the previous Notice and Demand to all defendants, pleadings and papers on file in this case, the partial summary-judgement evidence, previously filed in Exhibit 1 titled Law of the Case, in Exhibit 2, and in the included attachment of Memorandum in Support of Motion for Partial Summary Judgement 3.

      WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Partial Motion for Summary and Order the Defendants to compensate Plaintiff Kennedy for injury and damages of fifty percent of twenty five million dollars ($25,000.000.00) against said defendants proportioned equally without delay, and for the clerk of this court to file such Order and Judgement according to to the rules of this court.

Date: August 9, 2018

      Respectfully submitted,

      /s/ *Edward Thomas Kennedy*    (seal)

      _____

      EDWARD THOMAS KENNEDY

      401 Tillage Road
      Breinigsville, Pennsylvania 18031
      Email: kennedy2018@alumni.nd.edu
      Telephone: 415-275-1244

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 9th day of August, 2018, Motion for Partial Summary Judgement 3, Certificate of Service and Memorandum in Support of Motion for Partial Summary Judgement 3 was filed electronically, and the following modern Attorney parties were served via the ECF and email as indicated as follows:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101
Email: dmbesq@ptd.com By ECF and email

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355
Email: dmacmain@macmainlaw.com
By ECF and email

Date: August 9, 2018

Respectfully submitted,
/s/ *Edward Thomas Kennedy*     (seal)

_____
EDWARD THOMAS KENNEDY