IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                Case No. 18-cv-977 (CDJ)

    v.

JOSEPH N. HANNA, et. al.,

    Defendants.

MOTION TO DISQUALIFY DEFENDANT'S ATTORNEY FOR MISREPRESENTATION

    Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record moves for an order granting a Motion to Disqualify David M. Backenstoe, Attorney for Defendants Joseph N. Hanna, County of Lehigh, Phillips Armstrong, John Doe 1 and John Doe 2 for misrepresentation.

    WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Motion to Disqualify Defendant's Attorney Backenstoe for Misrepresentation without delay.

Date: August 29, 2018

                                      Respectfully submitted,

                                      /s/ *Edward Thomas Kennedy*     (seal)

                                      _____

                                      EDWARD THOMAS KENNEDY

                                      401 Tillage Road

                                      Breinigsville, Pennsylvania 18031

                                      Email: kennedy2018@alumni.nd.edu

                                      Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S ATTORNEYS and MOTION TO DISQUALIFY DEFENDANT'S ATTORNEYS has been filed on ECF and thus served upon:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355

/s/ *Edward Thomas Kennedy*    (seal)

_____
EDWARD THOMAS KENNEDY

Date: August 29, 2018