IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

                          Case No. 18-cv-977 (CDJ)

  v.

JOSEPH N. HANNA, et. al.,

      Defendants.

MOTION TO DISQUALIFY DEFENDANT'S ATTORNEY FOR MISREPRESENTATION

      Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record moves for an order granting a Motion to Disqualify David J. MacMain, Attorney for Defendants Upper Macungie Township, Edgardo Colon, Robert Ibach and Stephen J. Marshall, for misrepresentation.

      WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Motion to Disqualify Defendant's Attorney MacMain for Misrepresentation without delay.

Date: August 29, 2018

                          Respectfully submitted,

                          /s/ *Edward Thomas Kennedy*   (seal)

                          _____

                          EDWARD THOMAS KENNEDY

                          401 Tillage Road

                          Breinigsville, Pennsylvania 18031

                          Email: kennedy2018@alumni.nd.edu

                          Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S ATTORNEY and MOTION TO DISQUALIFY DEFENDANT'S ATTORNEY has been filed on ECF and thus served upon:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355


/s/ *Edward Thomas Kennedy*   (seal)
_____
EDWARD THOMAS KENNEDY


Date: August 29, 2018