IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                    Case No. 18-cv-977 (CDJ)

    v.

JOSEPH N. HANNA, et. al.,

    Defendants.

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENDANT'S ATTORNEY FOR MISREPRESENTATION

Introduction

    1.    Plaintiff is Edward Thomas Kennedy, hereinafter "Plaintiff" and/or "Kennedy," one of the people of Pennsylvania, and in this court of record moves for an order granting a Plaintiff's Motion to Disqualify Defendant's Attorney for Misrepresentation.

    2.    The Government exceeded its jurisdiction and because the government and its employees exceeded its jurisdiction, Plaintiff Kennedy became injured in loss of Rights.

    3.    Modern Attorneys take oaths not to mislead, not to lie, not to misconstrue, not to misrepresent and/or put false information into courts of law.

Law of the Case

    4.    Law of the case is Exhibit 1, previously filed in this case, and includes Federal Rules of Civil Procedure (FRCP).

5. Modern Attorney David J. MacMain represents Defendants Upper Macungie Township, Edgardo Colon, Robert Ibach and Stephen J. Marshall, the government and its employees. Through the courts, Plaintiff encourages the government to obey the law.

6. MacMain violated FRCP 5.2 in ECF document 11, page 33, listing Kennedy's birth date. MacMain filed his paperwork by ECF and clicked the box that he complied with FRCP 5.2.

8. MacMain took an oath not to misrepresent or lie or misconstrue or misrepresent documents in this court and comply with the rules of this court.

9. Prima facie evidence of misrepresentation is that MacMain said he complied with FRCP 5.2 but did not comply with FRCP 5.2, and thus did not comply with rules of this court, and did not protect Kennedy. MacMain also misrepresented his address.

10. Motion to Disqualify Defendant's Attorney for Misrepresentation is proper in this case because of the following:

    a. Kennedy is one of the people of Pennsylvania,

    b. under our form of Government, all authority is vested in we the people,

    c. this is a court of record,

    d. Kennedy is entitled to privacy by right, by law, by tradition, and by the rules of this court,

    e. MacMain misrepresented under oath and violated Kennedy's rights,

    f. On 10/16/1987, Pennsylvania adopted the ABA Model Rules of Professional

Conduct, Canon 9, which states the following: A LAWYER SHOULD AVOID EVEN THE APPEARANCE OF PROFESSIONAL IMPROPRIETY.

11. This Motion is based on the previous Notice and Demand to all defendants, pleadings and papers on file in this case, the partial summary-judgement evidence, previously filed in Exhibit 1 titled Law of the Case, in Exhibit 2, and in the included Memorandum in Support of Motion to Disqualify Defendant's Attorney for Misrepresentation.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record honor his fiduciary to the Plaintiff and grant Plaintiff's Motion to Disqualify Defendant's Attorney for Misrepresentation without delay.

Date: August 29, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*    (seal)

_____

EDWARD THOMAS KENNEDY

401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.