IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

                                        Case No. 5: 18-cv-977 (CDJ)

      v.

JOSEPH N. HANNA, et. al.,

      Defendants.

TAKE JUDICIAL NOTICE

Pursuant to under Federal Rules of Evidence Rule 201 (c) (2)[1] Plaintiff requests this court, a court of record of record to notice the following necessary information :

1.     Plaintiff is Edward Thomas Kennedy and is one of the people of Pennsylvania in this court of record.

2.     Full legal name means an individual's first name, middle name(s), and last name or surname, without use of initials or nicknames.[2]

3.     The Commission of Defendant Hanna filed on the official public record in the County of Lehigh Clerk's Office uses Hanna's nickname "Joe" and not his full legal name. In other words, in modern mass media language, Hanna has a fake

---

[1] Rule 201 (c) (2) TAKING NOTICE. The court: must take judicial notice if a party requests it and the court is supplied with the necessary information.
[2] 6 CFR 37.3 - Definitions.

-1-

Commission.

4. Law of the Case is Exhibit 1, attached, and includes the Federal Rules of Evidence.

5. Defendant has no Commission is his full legal name, and (probably) no Bond of Office, no authority and no jurisdiction.

6. Plaintiff Kennedy requests the Court to notice the facts and evidence in his Complaint and the Law of the Case.

7. Defendant Hanna works for the Defendant County of Lehigh government and injured Kennedy with a multi-person, government employee, Swat team and incarceration in two government prisons..

8. Defendant County of Lehigh government and Hanna exceeded its jurisdiction and because the said government exceeded its jurisdiction, Plaintiff Kennedy became injured in loss of rights.

9. The Bench Warrant used by Defendant Hanna was fake and addressed to a UPS Store mailbox in Hellertown, PA and not a United States Postal Service address.

Date: September 1, 2018

                                                  Respectfully submitted,

                                                  */s/ Edward Thomas Kennedy*   **seal**
                                                  _____

                                                  Edward Thomas Kennedy

-3-

        401 Tillage Road
        Breinigsville, Pennsylvania 18031
        Email: kennedy2018@alumni.nd.edu
        Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 1st day of September, 2018, the foregoing TAKE JUDICIAL NOTICE, was filed electronically, and the following parties were served via the ECF as indicated as follows:

>David M. Backenstoe
>17 South 7th Street
>Allentown, PA 18101
>
>David J. MacMain
>101 Lindenwood Drive, Suite 160
>Malvern, PA 19355

Date: September 1, 2018

>Respectfully submitted,
>
>*/s/ Edward Thomas Kennedy*   __seal__
>_____
>EDWARD THOMAS KENNEDY