IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

                                          Case No. 5: 18-cv-977 (CDJ)

        v.

JOSEPH N. HANNA, et. al.,

        Defendants.

TAKE JUDICIAL NOTICE

Pursuant to under Federal Rules of Evidence Rule 201 (c) (2)[1] Plaintiff requests this court, a court of record of record to notice the following necessary information :

    1.    Plaintiff is Edward Thomas Kennedy and is one of the people of Pennsylvania in this court of record.

    2.    Plaintiff Kennedy requests the Court to notice the facts and evidence in his Complaint, the Law of the Case, and an attached article.

    3.    Defendant Hanna works for the Defendant County of Lehigh government and reports to Defendant Armstrong, injured Kennedy with a multi-person, government employed, Swat team detailed and explained in the

---

[1] Rule 201 (c) (2) TAKING NOTICE. The court: must take judicial notice if a party requests it and the court is supplied with the necessary information.

attached, seven page article, entitled, "Vigilantes With A Badge: Warrior Cops Endanger Our Lives and Freedoms." In the page one graphic titled Rise of the Warrior COP the warrior COP, COPS with bullet proof vests and machine guns threatened the Plaintiff's life and violated his rights exceeding their jurisdiction.

4. Police forces led by Defendant Hanna from County of Lehigh, Upper Macungie Township and the Pennsylvania State Police were militarized against Plaintiff Kennedy like a branch of the US Military, depicted in the graphic picture on said page one, violating his rights.

5. Government employee Police forces, led by Defendant Hanna from County of Lehigh, called Plaintiff Kennedy a "sovereign citizen," which felt to Kennedy like they came to yet "<u>kill another Kennedy</u>."[2] (emphasis added)

Date: September 1, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*    <u>seal</u>
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

---

[2] Witnesses shall at jury trial clarify the details.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 1st day of September, 2018, the foregoing TAKE JUDICIAL NOTICE, was filed electronically, and the following parties were served via the ECF as indicated as follows:

>David M. Backenstoe
>17 South 7th Street
>Allentown, PA 18101
>
>David J. MacMain
>101 Lindenwood Drive, Suite 160
>Malvern, PA 19355

Date: September 1, 2018

>Respectfully submitted,
>
>*/s/ Edward Thomas Kennedy*   **seal**
>_____
>EDWARD THOMAS KENNEDY