IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                      Case No. 5: 18-cv-977 (CDJ)

    v.

JOSEPH N. HANNA, et. al.,

    Defendants.

TAKE JUDICIAL NOTICE

Pursuant to under Federal Rules of Evidence, Rule 201 (c)(2) Plaintiff requests this court, a court of record, to notice the following necessary information :

1.    Plaintiff is Edward Thomas Kennedy and is one of the people of Pennsylvania in this court of record.

2.    Federal Rules of Evidence, Rule 901 (b)(4).

3.    Federal Rules of Civil Procedure, Rule 7. 1 (b)(1).

4.    28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury.

5.    Full legal name in US jurisdiction is defined at 6 CFR 37.3 - Definitions Full legal name means an individual's first name, middle name(s), and last name or surname, without use of initials or nicknames.

6.    Modern attorney MacMain appeared in this court as David J. MacMain, address at

101 Lindenwood Drive, Suite 160 Malvern, PA 19355.

7. Modern attorney MacMain is registered on the Disciplinary Board of the Supreme Court of Pennsylvania as Pennsylvania attorney ID: 59320, Current status active, date of admission, 12/5/1990, MacMain, David James is not a full legal name, and address is recorded at 200 W Market St Ste 200 West Chester Pennsylvania 19382.

[1]8. This court uses address for appearance and jurisdiction.

9. With no legal name, and two addresses, Attorney MacMain failed to appear and Plaintiff thus states that his clients also failed to appear.

10. With no legal name, and two addresses, it is probable Attorney MacMain is in contempt of court, obstructs justice, and has no liability insurance or bond.

11. By law, Plaintiff is entitled to justice.

12. Plaintiff Kennedy requests the Court to notice the facts and evidence in his Complaint and the Law of the Case, Exhibit 1.

Date: September 3, 2018

Respectfully submitted,
/s/ *Edward Thomas Kennedy (*seal)

_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

---

[1] https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/59320.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 3d day of September, 2018, the foregoing TAKE JUDICIAL NOTICE, was filed electronically, and the following parties were served via the ECF as indicated as follows:

David M. Backenstoe, 17 South 7th Street Allentown, PA 18101.

David J. MacMain, 101 Lindenwood Drive, Suite 160 Malvern, PA 19355

        Respectfully submitted,
        /s/ *Edward Thomas Kennedy (seal)*

        _____
        EDWARD THOMAS KENNEDY

Date: September 3, 2018.