IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY

        Plaintiff

                                            Case No. 5: 18-cv-977 (CDJ)

        v.

JOSEPH N. HANNA, et. al.,

        Defendants.

NOTICE OF CONSTITUTIONAL QUESTIONS

        1.        Plaintiff Edward Thomas Kennedy is one of the people of Pennsylvania in this court of record files and serves this notice on a constitutional question(s) on the Commonwealth of Pennsylvania Attorney General Shapiro.

TAKE JUDICIAL NOTICE

        2.        Pursuant to Federal Rules of Evidence Rule 201 (c) (2), Plaintiff requests this court, a court of record, to notice the following necessary information:

        3.        Plaintiff is Edward Thomas Kennedy and is one of the people of Pennsylvania in this court of record.

        4.        Commonwealth of Pennsylvania is a State and is under the jurisdiction and venue of this court, for Plaintiff's Notice is a federal question.

5.	The Elected Official Commission and Bond for defendant Hanna, Sheriff County of Lehigh, recorded with Andrea E. Naugle, Lehigh County Clerk of Judicial Records on January 4, 2016 at 8:55 a.m.. is fake for it records a nickname for Hanna, but not his full legal name.

6.	The Elected Official Commission and Bond for defendant Hanna, Sheriff County of Lehigh, recorded with Andrea E. Naugle, Lehigh County Clerk of Judicial Records on January 4, 2016 at 8:55 a.m.. is fake for the current Pennsylvania Governor Wolf signed Hanna's Elected Official Commission and Bond with Wolf's nickname "Tom" for Defendant Hanna, and not his Full Legal Name. (6 CFR 37.3 - Definitions. Full Legal Name.)[1]

7.	CONSTITUTIONAL QUESTION(S)

	a.	Does Hanna have any authority or jurisdiction since January 4, 2016?

	b.	Is County of Lehigh a criminal organization?

	c.	Did Hanna obstruct justice for Plaintiff Kennedy?

	d.	Did Hanna violate Plaintiff Kennedy's rights?

	e.	Are the modern attorneys in this case injuring Plaintiff Kennedy?

	f.	Does No legal Elected Official Commission and Bond mean no authority to charge or imprison, Yes or no?

	g.	Are the rights of prisoners at Defendant County of Lehigh prison violated by Defendants Hanna and County of Lehigh in those cases where defendant Hanna managed, organized, planned, budgeted, co-ordinated, reviewed, and/or participated participated because Hanna has no legal authority. Yes or no?

---

[1] Link here: https://www.law.cornell.edu/cfr/text/6/37.3

Date: September 8, 2018.

                                              Respectfully submitted,

<u>*seal*</u>

/s/*Edward Thomas Kennedy*

_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: pillar.of.peace.2012@gmail.com
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 8th day of September, 2018, the foregoing Notice of a Constitutional Questions were filed and served at this court electronically via ECF and the following party was served by regular US mail as follows:

> Josh Shapiro, Pennsylvania Attorney General
> Commonwealth of Pennsylvania
> Pennsylvania Office of Attorney General
> Strawberry Square
> Harrisburg, PA 17120

and the following parties were served via the ECF as indicated as follows: David M. Backenstoe, 17 South 7th Street Allentown, PA 18101 and David J. MacMain, 101 Lindenwood Drive, Suite 160 Malvern, PA 19355.[2]

Respectfully submitted,

/s/Edward Thomas Kennedy

<u>seal</u>

_____
EDWARD THOMAS KENNEDY

Date: September 8, 2018

---

[2] Mr MacMain may have changed his address but he did not Notice this Court or this Plaintiff Kennedy, probable grounds for Appeal by the Plaintiff.