IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY

    Plaintiff

                                  Case No. 5: 18-cv-977 (CDJ)

    v.

JOSEPH N. HANNA, et. al.,

    Defendants.

NOTICE OF CONSTITUTIONAL QUESTIONS 2

1.     Plaintiff Edward Thomas Kennedy is one of the people of Pennsylvania in this court of record files and serves this notice on a constitutional question(s) on the Commonwealth of Pennsylvania Attorney General Shapiro.

TAKE JUDICIAL NOTICE

2.     Pursuant to Federal Rules of Evidence Rule 201 (c) (2), Plaintiff requests this court, a court of record, to notice the following necessary information:

3.     Plaintiff is Edward Thomas Kennedy and is one of the people of Pennsylvania in this court of record.

4.     Commonwealth of Pennsylvania is a State and is under the jurisdiction and venue of this court, for Plaintiff's Notice is a federal question.

5.      The Elected Official Commission and Bond for defendant Hanna, Sheriff County of Lehigh, recorded with Andrea E. Naugle, Lehigh County Clerk of Judicial Records on January 4, 2016 at 8:55 a.m.. is fake for it records a nickname for Hanna, but not his full legal name.

6.      The Elected Official Commission and Bond for defendant Hanna, Sheriff County of Lehigh, recorded with Andrea E. Naugle, Lehigh County Clerk of Judicial Records on January 4, 2016 at 8:55 a.m.. is fake for the current Pennsylvania Governor Wolf signed Hanna's Elected Official Commission and Bond with Wolf's nickname "Tom" for Defendant Hanna, and not his Full Legal Name. (6 CFR 37.3 - Definitions. Full Legal Name.)[1]

7.      CONSTITUTIONAL QUESTION(S)

a.      Does Hanna have any authority or jurisdiction since January 4, 2016 concerning prisoners held in County of Lehigh prison?

b.      In Class v. United States.[2] a guilty plea, by itself, does not bar a (federal) criminal defendant from challenging the constitutionality of the statute of conviction on direct appeal. Does this apply to the Commonwealth of Pennsylvania?

c.      What obligation does the Commonwealth of Pennsylvania have to disclose the holding in Class V United States to all prisoners held in said State prisons?

d.      Does Hanna obstruct justice for prisoners in County of Lehigh prison today? Yes or no and Explain.

e.      Did the Office of Pennsylvania Attorney General violate rights for

---

[1] Link here: https://www.law.cornell.edu/cfr/text/6/37.3
[2] https://www.supremecourt.gov/opinions/17pdf/16-424_g2bh.pdf

prisoners in County of Lehigh prison?

  f. Does the Judge assigned to this case commit treason by denying Plaintiff's Kennedy's Motion for Summary Judgment? Explain.

  g. Does the Judge assigned to this case fail to provide Kennedy with a republican form of government by denying Plaintiff's Kennedy's Motion for Summary Judgment? Explain.

Date: September 8, 2018.

               Respectfully submitted,

               <u>seal</u>

               /s/*Edward Thomas Kennedy*

               _____

               Edward Thomas Kennedy
               401 Tillage Road
               Breinigsville, PA 18031
               Email: pillar.of.peace.2012@gmail.com
               Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

     I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 8th day of September, 2018, the foregoing Notice of a Constitutional Questions 2 were filed and served at this court electronically via ECF and the following party was served by regular US mail as follows:

          Josh Shapiro, Pennsylvania Attorney General
          Commonwealth of Pennsylvania
          Pennsylvania Office of Attorney General
          Strawberry Square
          Harrisburg, PA 17120

and the following parties were served via the ECF as indicated as follows: David M. Backenstoe, 17 South 7th Street Allentown, PA 18101 and David J. MacMain, 101 Lindenwood Drive, Suite 160 Malvern, PA 19355.[3]

                        Respectfully submitted,

                        /s/Edward Thomas Kennedy
                                           _seal_
                        _____
                        EDWARD THOMAS KENNEDY

Date: September 8, 2018

---

[3] Mr MacMain may have changed his address but he did not Notice this Court or this Plaintiff Kennedy, probable grounds for Appeal by the Plaintiff.