IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,

        Plaintiff,

                              Case No.18-cv-977 (CDJ)

    v.


JOSEPH N. HANNA, et. al.,

        Defendants.


MOTION FOR  SUMMARY JUDGEMENT


        1.        Plaintiff is Edward Thomas Kennedy, hereinafter "Plaintiff" and/or "Kennedy," one of the people of Pennsylvania, and in this court of record moves for an order granting a Summary Judgement against Defendants.

        2.         Summary Judgment is proper in this case because of the following:

        a. there is no genuine issue of material fact concerning injury to Kennedy by the said Defendants,

        b. Kennedy is one of the people of Pennsylvania,

        c. this is a court of record,

        d. the Law of the Case including Federal Rules of Civil Procedure (FRCP) 5.2, Federal Rules of Evidence rule 902 (2).

4.   This Motion for Motion for Summary Judgement is based on the previous Notice and Demand to all defendants, pleadings and papers on file in this case, the summary-judgement evidence, previously filed in Exhibit 1 titled Law of the Case, in Exhibit 2, Exhibit 4, Evidence That is Self Authenticating and in the included attachment of Memorandum in Support of Motion for Summary Judgement.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Motion for Summary Judgment and Order the Defendants to compensate Plaintiff Kennedy for injury and damages fifty million dollars ($50,000.000.00) against said defendants proportioned equally without delay, and for the clerk of this court to file such Order and Judgement according to to the rules of this court.

Date: September 9, 2018

    Respectfully submitted,

    /s/ *Edward Thomas Kennedy*     (seal)

    _____

    EDWARD THOMAS KENNEDY

    401 Tillage Road
    Breinigsville, Pennsylvania 18031
    Email: kennedy2018@alumni.nd.edu
    Telephone: 415-275-1244

CERTIFICATE OF SERVICE

    I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 9th day of September, 2018, Motion for Summary Judgement and Memorandum in Support of Motion for Summary Judgement was filed electronically, and the following modern Attorney parties were served via the ECF and email as indicated as follows:

    David M. Backenstoe
    17 South 7th Street
    Allentown, PA 18101

    David J. MacMain
    101 Lindenwood Drive, Suite 160
    Malvern, PA 19355

Date: September 9, 2018

    Respectfully submitted,

    /s/ *Edward Thomas Kennedy*     (seal)

    _____

    EDWARD THOMAS KENNEDY