# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,** : | |
|     Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 18-977** |
| : | |
| **JOSEPH N. HANNA et al.,** : | |
|     Defendants. : | |

## **ORDER**

**AND NOW**, this 10th day of September, 2018, it is hereby **ORDERED** that Plaintiff's Motions (ECF Nos. 42, 43, 44, and 51) are **DENIED** as improperly filed.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.