IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,
          Plaintiff,

                                        Case No. 5: 18-cv-977 (CDJ)

v.


JOSEPH N. HANNA, et. al.,
          Defendants.


**OBJECTION TO ORDER**
Hearing Requested

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the

people of  Pennsylvania, and in this court of record,  objects to the document titled "Order"

of September 10, 2018, signed by C. Darnell Jones II, the assigned Judge to administrate this

case on behalf of this court of record, and wishes a Hearing. A judge has no discretion is a court

of record, and this Plaintiff can not find phrase "improperly filed"  anywhere in US law.[1]

Hearing requested.

Date: September 12, 2018


                                        */s/ Edward Thomas Kennedy*

                                        _____
                                        Edward Thomas Kennedy
                                        401 Tillage Road
                                        Breinigsville, Pennsylvania
                                        414-275-1244.
                                        Kennedy2018@alumni.nd.edu

---

[1] Plaintiff searched Federal Rules of Civil Procedure, Federal Rules of Evidence, Words and Phrases Permanent Edition, Volume 20a, Thomson West, 2008 and Black's Law Dictionary, 10th Edition, and the phrase "improperly filed" is not there.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 12th day of September, 2018, OBJECTION TO ORDER Hearing Requested, was filed electronically, and the following parties were served via ECF as indicated as follows:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355

Date: September 12, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*    (seal)

_____

EDWARD THOMAS KENNEDY