# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD THOMAS KENNEDY,** : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 18-977** |
| : | |
| **JOSEPH N. HANNA et al.,** : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this 12th day of September, 2018, upon consideration of Plaintiff's Notice of Appeal (ECF No. 40), it is hereby **ORDERED** that the Clerk of Court is directed to place the above-captioned matter in **SUSPENSE** pending resolution of Plaintiff's outstanding appeal.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.