IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

                                  Case No. 5: 18-cv-977 (CDJ)

v.

JOSEPH N. HANNA, et. al.,

      Defendants.

OBJECTION TO ORDER

      Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record, objects to the document titled "Order" of September 12, 2018, signed by C. Darnell Jones II, the assigned Judge to administrate this case on behalf of this court of record, for it is my wish.

Date: September 15, 2018

                                                    /s/ *Edward Thomas Kennedy*

                                                    _____(seal)

                                                    Edward Thomas Kennedy

                                                    401 Tillage Road

                                                    Breinigsville, PA 18031

                                                    T:415-275-1244.

                                                    E: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 15th day of September, 2018, the heretofore OBJECTION TO ORDER was filed electronically, and the following parties were served via ECF as indicated as follows:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355

Date: September 15, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy (seal)*

_____

EDWARD THOMAS KENNEDY