# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-0977 |
| | : | |
| JOSEPH N. HANNA, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 20th day of September, 2018, upon consideration of Plaintiff's Objection to Order (Dkt. No. 56), it is hereby **ORDERED** that said Motion is **DENIED.** In accordance with the Court's Order dated September 12, 2018 (Dkt. No. 55), the above-captioned case will remain in **SUSPENSE** pending resolution of Plaintiff's outstanding appeal.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II   J.