IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,

      Plaintiff,

                                  Case No. 5: 18-cv-977 (CDJ)

      v.


JOSEPH N. HANNA, et. al.,

      Defendants.


OBJECTION TO ORDER


Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the

people of Pennsylvania, and in this court of record, objects to the document titled "Order"

of September 20, 2018, signed by C. Darnell Jones II, the assigned Judge to administrate this

case on behalf of this court of record, for it is my wish, and such an Order exceeds his

jurisdiction for he has no discretion, it violates the Law of the Case, Exhibit 1, and it is is Diane

Feinstein-ish justice that violates 800 years of western civilization law, the rule of law, common

sense and the common law that injured the Plaintiff in loss of rights.

A Writ of Error will soon follow.


Date: September 24, 2018


                                      /s/ *Edward Thomas Kennedy*

                                    _____(seal)

Edward Thomas Kennedy

401 Tillage Road

Breinigsville, PA 18031

T:415-275-1244.

E: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 24th day of September, 2018, the heretofore OBJECTION TO ORDER was filed electronically, and the following parties were served via ECF as indicated as follows:

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355

Date: September 24, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy (seal)*

_____

EDWARD THOMAS KENNEDY