IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                  Case No. 5: 18-cv-977 (CDJ)

v.

JOSEPH N. HANNA, et. al.,

    Defendants.

TAKE JUDICIAL COGNIZANCE

    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record, notices C. Darnell Jones the assigned Judge to administrate this case on behalf of this court of record, exceeded his jurisdiction, and ignored 28 U.S. Code § 1361, that states, "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

    Plaintiff Kennedy wishes C Darnell Jones to resign immediately from appointed office for ethical violations and code of conduct violations or agree to be sued.

Writ of Error and other Notice will soon be filed.

Date: September 24, 2018

/s/ *Edward Thomas Kennedy*
_____(seal)

Edward Thomas Kennedy

401 Tillage Road

Breinigsville, PA 18031

T:415-275-1244.

E: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 24th day of September, 2018, the heretofore TAKE JUDICIAL COGNIZANCE was filed electronically, and the following parties were served via ECF as indicated as follows:

    David M. Backenstoe
    17 South 7th Street
    Allentown, PA 18101

    David J. MacMain
    101 Lindenwood Drive, Suite 160
    Malvern, PA 19355

Date: September 24, 2018

    Respectfully submitted,

    */s/ Edward Thomas Kennedy (seal)*

    _____

    EDWARD THOMAS KENNEDY