IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

                                           Case No. 5: 18-cv-977 (CDJ)

      v.

JOSEPH N. HANNA, et. al.,

      Defendants.


Motion for Good Service

Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court for good service.

Date: September 26, 2018

                                          Respectfully submitted,

                                                                        /s/

                                        *Edward Thomas Kennedy* (seal)

                                        _____

                                        EDWARD THOMAS KENNEDY
                                        401 Tillage Road
                                        Breinigsville, PA 18031
                                        Email: kennedy2018@alumni.nd.edu
                                        Telephone: 415-275-1244.
                                        Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I certify that on September 26, 2018 I filed a copy of the above Motion for Good Service with this Court's Clerk of the Court via ECF to

>David M. Backenstoe
>17 South 7th Street
>Allentown, PA 18101

>David J. MacMain
>101 Lindenwood Drive, Suite 160
>Malvern, PA 19355

Date: September 26, 2018

>Respectfully submitted,
>
>*/s/ Edward Thomas Kennedy (seal)*
>
>_____
>EDWARD THOMAS KENNEDY