IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                    Case No. 5: 18-cv-977 (CDJ)

v.

JOSEPH N. HANNA, et. al.,

    Defendants.

Memorandum in Support of Motion of Good Service

1.    Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court to perform a duty owed to the plaintiff for good service to the Plaintiff, and notices the following:

2.    28 U.S.C. 1361 - ACTION TO COMPEL AN OFFICER OF THE UNITED STATES TO PERFORM HIS DUTY

The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

3.    This court is not administered as advertised.

1

Date: September 26, 2018

                        Respectfully submitted,

                        /s/

*Edward Thomas Kennedy* (seal)

_____

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I certify that on September 26, 2018 I filed a copy of the above Memorandum in Support of Motion of Good Service and Motion for Good Service with this Court's Clerk of the Court via ECF to

        David M. Backenstoe
        17 South 7th Street
        Allentown, PA 18101

        David J. MacMain
        101 Lindenwood Drive, Suite 160
        Malvern, PA 19355


Date: September 26, 2018

        Respectfully submitted,

        */s/ Edward Thomas Kennedy (seal)*

        _____

        EDWARD THOMAS KENNEDY