IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,
          Plaintiff.

                v.                        Civil No. 5-18-cv-977

HANNA,
          et al.,

          Defendants.

Take Judicial Cognizance

1.      Plaintiff is Edward Thomas Kennedy (Kennedy), is one of the people of Pennsylvania, in this court of record, notices the court that Executive Order 13825—2018 Amendments to the Manual for Courts-Martial, United States by US President Donald J. Trump is now effective.[1]

2.      US Judiciary including Article III US Courts remain independent from the US Legislative and the US Executive branches.[2]

3.      US Judiciary employees are not independent of said Executive Order 13825 and

---

[1] Law of Armed Conflict dialogue between Senator Lindsey Graham Questions Associate Justice of the Supreme Court of the United States Brett Kavanaugh concerning Military Law vs Criminal Law, is explained at Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here: https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
The case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:
http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

[2] Constitution of the United States of America: Analysis and Interpretation, link here:
https://www.govinfo.gov/collection/constitution-annotated?path=/GPO/Constitution%20of%20the%20United%20States%20of%20America%253A%20Analysis%20and%20Interpretation

military law.

4.  Modern attorney BAR association members, including the Pennsylvania BAR Association members[3] are not independent of said Executive Order 13825 and military law.

5.  Kennedy hereby accepts the oaths of office of all federal employees and officers of this court and binds them to it under the authority of said Executive Order 13825.

6.  This Notice is sent to General Mark A. Milley, Chairman of the Joint Chiefs of Staff by US regular mail and a request for an investigation of this court and its officers.

7.  Notice also Presidential Proclamation on National Slavery and Human Trafficking Prevention Month, 2019

Date: January 3, 2019

                                                Respectfully submitted,

                                                */s/ Edward Thomas Kennedy*    (seal)

                                                Edward Thomas Kennedy
                                                401 Tillage Road
                                                Breinigsville, PA 18031
                                                kennedy2018@alumni.nd.edu
                                                pillar.of.peace.2017@protonmail.com
                                                Phone: 4152751244 (message/ google voice)

Attached: Exhibit 1 LAW OF THE CASE (22 pages)

---

[3] https://www.pabar.org/site/

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on the Clerk of this court by ECF on January 3, 2019, to the following parties:

David J. MacMain
The MacMain Law Group LLC
433 W Market St #200,
West Chester, PA 19382

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101

and By US regular Mail to:
Mark A. Milley, General
Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

/s/ *Edward Thomas Kennedy*   *(seal)*

_____
Edward Thomas Kennedy

Date: January 3, 2019.