IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY,<br>*Plaintiff*, | : <br> : <br> : | CIVIL ACTION<br>NO. 18-0977 |
| v. | : <br> : | |
| JOSEPH N. HANNA, et al.,<br>*Defendants*. | : <br> : | |

**ORDER**

**AND NOW**, this 1st day of July, 2019, upon consideration of *Pro Se* Plaintiff Edward Thomas Kennedy's terminated appeal (ECF No. 61), the pending Motion to Dismiss filed by Defendants Edgardo Colon, Robert Ibach, Stephen J. Marshall, and Upper Macungie Township (ECF No. 11) and all responses thereto (ECF Nos. 14, 35), and Plaintiff's failure to reply to the Motion to Dismiss by Defendants Phillips Armstrong, County of Lehigh, Joseph N. Hanna, John Doe 1, and John Doe 2 (ECF No. 33), it is hereby **ORDERED** that Plaintiff shall have **14 (fourteen) days** from the docketing of this Order to file a response to the Motion to Dismiss docketed as ECF No. 33 or risk the Court's consideration of that motion without Plaintiff's response.

It is further **ORDERED** that the Court will not consider any additional responses by Plaintiff to the Motion to Dismiss docketed as ECF No. 11 because Plaintiff has already submitted two oppositions thereto.  (ECF Nos. 14, 35).

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.