IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,

        Plaintiff,

                                                        No. 18-cv-0977

v.

HANNA, et al.,

        Defendants.

## Notice

     Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record under the common law notices this court of record of his motion for an order granting this Motion for Recusal for Cause concerning C. Darnell Jones, the Judge assigned to administer this case, and his Objection to the Order dated July 1, 2019.

Date: July 5, 2019

                                            Respectfully submitted,

                                            */s/ EDWARD THOMAS KENNEDY  (seal)*

                                            _____

                                            EDWARD THOMAS KENNEDY

                                            800 Court St., Apt. 223
                                            Reading, PA 19601
                                            pillarofpeace2012@gmail.com
                                            (415) 275-1244.