IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,

        Plaintiff,

                                  No. 18-cv-0977

v.

HANNA, et al.,

        Defendants.

Motion for Recusal for Cause

Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record under the common law motions this court of record for an order granting this Motion for Recusal for Cause concerning C. Darnell Jones, the Judge assigned to administrate this case.

Date: July 5, 2019

                                    Respectfully submitted,

                                    */s/ EDWARD THOMAS KENNEDY* (seal)

                                    _____

                                    EDWARD THOMAS KENNEDY

                                    800 Court St., Apt. 223
                                    Reading, PA 19601
                                    pillarofpeace2012@gmail.com
                                    (415) 275-1244.

CERTIFICATE OF SERVICE

I Edward Thomas Kennedy hereby certify that a true and correct copy of heretofore Plaintiff's Motion to Recuse for Cause, Objection to Order, Notice, Memorandum, Notice of Change of Address, a Proposed Order and Certificate of Service is served upon the court of record was filed electronically with the Clerk of this Court and the following parties were served electronically via ECF as follows:

David J. MacMain
101 Lindenwood Drive, Suite 160
Malvern, PA 19355

David M. Backenstoe
17 South 7th Street
Allentown, PA 18101

Date: July 5, 2019

                                        Respectfully submitted,

                                        */s/ Edward Thomas Kennedy*     (seal)
                                        _____
                                        EDWARD THOMAS KENNEDY