IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,

           Plaintiff,

                                   No. 18-cv-0977

v.

HANNA, et al.,

           Defendants.


**ORDER**


      Plaintiff requests / grants the judge assigned to this case to grant or not grant Plaintiff's Motion to Recuse for Cause which is


          a.       granted_____

          or

          b.       not granted.


                         For the court of record under the common law.

                         _____

_____

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore Plaintiff's Motion to Recuse for Cause, and the following Notice, Notice, Memorandum, Notice of Change of Address and proposed Order is served upon the court of record by regular U.S. mail to the following location:

Clerk of Court
U.S. District Court, E.D. Pa.
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

and the following attorney parties for the defendants by email on file:

DAVID J. MACMAIN    dmacmain@macmainlaw.com, edunn@macmainlaw.com, fbenetz@macmainlaw.com, jdevers@macmainlaw.com, mlochner@macmainlaw.com

DAVID M. BACKENSTOE    dmbesq@ptd.net

God bless America,

/s/ EDWARD THOMAS KENNEDY

_____

EDWARD THOMAS KENNEDY

Date: July 4, 2019