IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,

        Plaintiff,

                                              No. 18-cv-0977

v.

HANNA, et al.,

        Defendants.

Objection to Order dated and signed July 1, 2019

Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record under the common law hereby Objects to an "Order" signed and dated on July 1, 2019 by C. Darnell Jones, the United States Judge assigned to administer this case, for it exceeds the jurisdiction of the court, and because it exceeds the jurisdiction of the court, injures the plaintiff in loss of rights

Date: July 5, 2019

                                      Respectfully submitted,

                                      */s/ EDWARD THOMAS KENNEDY*

                                      _____

                                      EDWARD THOMAS KENNEDY

                                      800 Court St., Apt. 223
                                      Reading, PA 19601
                                      pillarofpeace2012@gmail.com
                                      (415) 275-1244.