**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EDWARD THOMAS KENNEDY,

        Plaintiff,

   v.

                                 Case No. 18-cv-0977  (CDJ)

JOSEPH N. HANNA, et al.,

        Defendants.

**ORDER**

The request for relief by the Plaintiff, Edward Thomas Kennedy, Court enter judgment in

his favor and against all the Defendants for the following:

    (a)     Awarding compensatory damages to the Plaintiff for emotional stress, humiliation embarrassment and anxiety of $300,000.00 per each defendant;
    (c)     Awarding punitive damages against Hanna and Colon;
    (d)     Awarding the cost of this action, together with reasonable attorney fees and expenses;
    (e)     Awarding compensatory damages to the Plaintiff for lost wages, travel expenses, and other monetary damages in the presently undetermined amount;
    (f)     Awarding other damages that are provided by statute and/or under 42 U.S.C. section 1983, 1985 and/or 1988;
    (g)     Granting such other and further relief as the court deems appropriate and just.

                     is granted. _____

                     is not granted. _____

Date: _____

                            _____
                            By the Court