IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

        v.        Case No. 18-cv-0977

JOSEPH N. HANNA, et. al.,

        Defendants.

### NOTICE and OBJECTION

TAKE JUDICIAL COGNIZANCE
NOTICE

1.    28 U.S. Code § 453.

2.    18 U.S. Code § 242.

3.    PA Code Title 18 Sec. § 321. Court of record.

4.    I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to ECF Document 73, pursuant to 28 U.S. Code § 453 and 18 U.S. Code § 242 by C. Darnell Jones, for he exceeded the court's jurisdiction, and because he exceeded the court of record's jurisdiction, injures the Plaintiff in loss of rights. Also, the Defendants violated the Plaintiff's rights under the 4th, 5th and 6th amendments to the Constitution of the United States pursuant to FRE rule 902 evidence provided to the court by the Plaintiff.

Date: September 9, 2019.

Respectfully submitted,

/s/ *Edward Thomas Kennedy*

*(seal)*

_____

Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

*Plaintiff is self-represented.*

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on September 9, 2019 that I filed a copy of the above Notice and Objection to the E.D. Pa. by ECF, and by ECF to the following Attorneys for the Defendants:

>David J. MacMain
>The MacMain Law Group LLC
>433 W. Market Street, Suite 200
>West Chester, PA 19382
>
>David M. Backenstoe
>17 South 7th Street
>Allentown, PA 18101.

Date: September 9, 2019.

*/s/ Edward Thomas Kennedy*

Edward Thomas Kennedy, Plaintiff.

*Plaintiff is self-represented.*

3