IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

              v.                    Case No. 18-cv-0977

JOSEPH N. HANNA, et. al.,

      Defendants.

## MOTION TO AMEND ORDER

TAKE JUDICIAL COGNIZANCE
NOTICE

1.     28 U.S. Code § 453.

2.     18 U.S. Code § 242.

3.     PA Code Title 18 Sec. § 321.  Court of record.

4.     I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby Motions the District Court to Amend its Order, in ECF Document 73, to include the required language. (FRAP 5 (3)(3). The Plaintiff wishes a rule of law judge to Appeal in a civilian court, and perhaps also a military court.

The district court's order does not include a certification to seek permission to appeal under Section 1292(b).

Date: September 11, 2019.

                    Respectfully submitted,

/s/ *Edward Thomas Kennedy*

*(seal)*

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

*Plaintiff is self-represented.*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2019 that I filed a copy of the above MOTION TO AMEND ORDER to the E.D. Pa. by ECF, and by ECF to the following Attorneys for the Defendants:

> David J. MacMain
> The MacMain Law Group LLC
> 433 W. Market Street, Suite 200
> West Chester, PA 19382
>
> David M.  Backenstoe
> 17 South 7th Street
> Allentown, PA 18101.

Date: September 11, 2019.

> */s/ Edward Thomas Kennedy*
> _____
>
> Edward Thomas Kennedy, Plaintiff.
>
> *Plaintiff is self-represented.*